IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3083 |
| | ) | |
| v. | ) | |
| | ) | |
| RITA R. BOBZIEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 228), is granted.

2) The defendant shall comply with all terms and conditions of her supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Well Link in Norfolk, Nebraska and participate in that facility's long-term residential dual-diagnosis program. The defendant shall fully comply with the requirements of her treatment plan and all rules of the Well Link facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain her pending a prompt hearing before the court.

3) The defendant shall be released to the office of the Federal Public Defender on Monday, January 24, 2011. The chambers of the undersigned magistrate judge will contact the Marshal and defense counsel with further directions for defendant's release to treatment.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

IT IS ORDERED:

DATED this 20th day of January, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge