IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:99CR3083 |
| RITA R. BOBZIEN, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 233, now set for June 9, 2011, at 1:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 13th day of September, 2011, at 1:00 p.m. The Defendant is ordered to appear at such time.

Dated this 1st day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge